1
2
3
4
5
6
7
8
9
10
11

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| STEVIE J. STEVENSON, | ) | Case No. C 15-1138 PSG (PR) |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| v. | ) | |
| | ) | |
| UNKNOWN, | ) | |
| | ) | |
| Defendant. | ) | |

On March 11, 2015, Stevie J. Stevenson, a California state prisoner, proceeding *pro se*, filed a letter which initiated this action. On March 25, 2015, Stevenson filed a request to voluntarily withdraw the complaint. A plaintiff may voluntarily dismiss his complaint with or without order of this court.[1] Because no opposing party has been served, Stevenson's request to voluntarily withdraw the complaint is construed as a "notice of dismissal."[2] Accordingly, this action is DISMISSED without prejudice.

The Clerk shall terminate all pending motions and deadlines and close the file.

IT IS SO ORDERED.

_____

[1] *See* Fed. R. Civ. P. 41(a).

[2] *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Case No. C 15-1138 PSG (PR)
ORDER OF DISMISSAL

1  DATED:  4/22/2015

PAUL S. GREWAL
United States Magistrate Judge

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 15-1138 PSG (PR)
ORDER OF DISMISSAL

2